**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dennis Dale Campbell<br>     Jessica Rae Campbell fka Jessica Rae Shade<br>          Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-12122 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                  Respectfully submitted,

                                  /s/ *Rebecca A. Solarz*
                                  Rebecca Solarz
                                  29 Oct 2020, 20:14:18, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322