# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-12122(PMM) |
| DENNIS DALE CAMPBELL and | : | CHAPTER 13 |
| JESSICA RAE CAMPBELL | : | |
| | : | HEARING SCHEDULED FOR |
| Debtors | : | FEBRUARY 9, 2021 AT 10:00 A.M. |

## **CERTIFICATE OF SERVICE**

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on January 12, 2021, upon the following individuals:

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED: January 12, 2021         By: /s/ Regina Cohen
                                    Regina Cohen, Esquire
                                    Attorneys for Ally Bank

## SERVICE LIST

Zachary Zawarski, Esquire
3001 Easton Avenue
Bethlehem, PA 18017
(Via ECF Only)

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)

United States Trustee
Office of the U. S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Dennis Dale Campbell
Jessica Rae Campbell
2446 East Millheim Road
Bath, PA 18014

2213596v1