IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 19-12122(PMM) |
| DENNIS DALE CAMPBELL and | : CHAPTER 13 |
| JESSICA RAE CAMPBELL | : |
| | : HEARING SCHEDULED FOR |
| Debtors | : FEBRUARY 9, 2021 AT 10:00 A.M. |

## ORDER GRANTING ALLY BANK
## RELIEF FROM THE AUTOMATIC STAY
## AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER

On this  9th  day of  February , 2021, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2017 GMC Yukon, VIN: 1GKS2GKC8HR183436 (the "Vehicle"); is hereby terminated effective the date of this Order as to the Debtor(s); and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and

FURTHER ORDERED, that Ally Bank may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge

Copies mailed to: See attached service list.

**SERVICE LIST**

Regina Cohen, Esquire
Lavin, Cedrone, Graver, Boyd & DiSipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303


Zachary Zawarski, Esquire
3001 Easton Avenue
Bethlehem, PA 18017
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U. S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Dennis Dale Campbell
Jessica Rae Campbell
2446 East Millheim Road
Bath, PA 18014