**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DENNIS DALE CAMPBELL | : | |
| JESSICA RAE CAMPBELL | : | Case No. 19-12122-pmm |
| Debtors | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Date of Hearing:**      **February 25, 2021**
**Time of Hearing:**      **10:00 a.m.**

**Location:**      **U.S. Bankruptcy Court**
                   **The Gateway Building**
                   **201 Penn Street, 4th Floor**
                   **Reading, PA 19601**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**CERTIFICATE OF NO RESPONSE AND**</u>
<u>**REQUEST FOR ENTRY OF ORDER**</u>

I, Zachary Zawarski, Esquire, attorney for the above Debtors, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtors' Motion to Modify Chapter 13 Plan Post Confirmation.  I further certify that the Notice of Motion to Modify Chapter 13 Plan Post Confirmation, Response Deadline and Hearing Date was served by first-class mail and/or electronic notification on January 27, 2021 to the Chapter 13 Trustee, the U.S. Trustee, and all creditors appearing on Debtors' mailing matrix.  The deadline for a response was February 17, 2021.  Debtors seek the entry of an order granting the requested relief.

Respectfully Submitted,

Date: <u>February 18, 2021</u>        By:    <u>*/s/ Zachary Zawarski*</u>
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18017
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtor