## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DENNIS DALE CAMPBELL | : | |
| JESSICA RAE CAMPBELL | : | Case No. 19-12122-pmm |
| Debtors | : | |

## **ORDER**

Upon consideration of Debtors' Motion to Modify a Chapter 13 Plan Post Confirmation pursuant to 11 U.S.C. § 1329, notice of the Motion having been served on all interested parties and no objection having been filed thereto,

It is hereby **ORDERED** that Debtors' Motion is **GRANTED** and the Debtors' First Modified Plan (doc. # 83) filed on January 27, 2021 is **CONFIRMED**.

BY THE COURT:

*Patricia M. Mayer*

**Date: February 25, 2021**

PATRICIA M. MAYER
U.S. Bankruptcy Judge