United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dennis Dale Campbell  
Jessica Rae Campbell  
    Debtors

Case No. 19-12122-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Dale Campbell, Jessica Rae Campbell, 2446 East Millheim Road, Bath, PA 18014-9770 |
| cr | + | Moore Township, c/o Jack M. Seitz, Esquire, Lesavoy Butz & Seitz LLC, 1620 Pond Road, Suite 200 Allentown, PA 18104-2255 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2021 01:03:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 01:11:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JACK M. SEITZ | on behalf of Creditor Moore Township jseitz@lesavoybutz.com  sblake@lesavoybutz.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Feb 25, 2021     Form ID: pdf900     Total Noticed: 4

REBECCA ANN SOLARZ
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT WATERMAN
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHERRI J. SMITH
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION ssmith@pincuslaw.com pa.bkecf@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Joint Debtor Jessica Rae Campbell zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
    on behalf of Debtor Dennis Dale Campbell zzawarski@zawarskilaw.com

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DENNIS DALE CAMPBELL | : | |
| JESSICA RAE CAMPBELL | : | Case No. 19-12122-pmm |
| Debtors | : | |

## ORDER

Upon consideration of Debtors' Motion to Modify a Chapter 13 Plan Post Confirmation pursuant to 11 U.S.C. § 1329, notice of the Motion having been served on all interested parties and no objection having been filed thereto,

It is hereby **ORDERED** that Debtors' Motion is **GRANTED** and the Debtors' First Modified Plan (doc. # 83) filed on January 27, 2021 is **CONFIRMED**.

BY THE COURT:

*Patricia M. Mayer*

**Date: February 25, 2021**

PATRICIA M. MAYER
U.S. Bankruptcy Judge