| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-12122-PMM**

DENNIS DALE CAMPBELL  
JESSICA RAE CAMPBELL  
2446 EAST MILLHEIM ROAD  
BATH PA 18014

Petition Filed Date: 04/02/2019  
341 Hearing Date: 05/07/2019  
Confirmation Date: 01/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $1,400.00 | | 02/10/2020 | $1,400.00 | | 03/09/2020 | $1,400.00 | |
| 04/08/2020 | $1,400.00 | | 05/08/2020 | $1,400.00 | | 06/11/2020 | $1,400.00 | |
| 07/08/2020 | $1,400.00 | | 08/10/2020 | $1,400.00 | | 09/09/2020 | $1,400.00 | |
| 10/08/2020 | $1,400.00 | | 11/09/2020 | $1,400.00 | | 12/08/2020 | $1,400.00 | |
| 01/11/2021 | $1,400.00 | | 02/09/2021 | $1,400.00 | | 03/08/2021 | $1,400.00 | |
| 04/08/2021 | $1,400.00 | | 05/10/2021 | $1,400.00 | | 06/08/2021 | $1,400.00 | |

**Total Receipts for the Period: $25,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $33,402.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,140.25 | $2,140.25 | $0.00 |
| 1 | ESSA BANK & TRUST »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $593.26 | $0.00 | $593.26 |
| 3 | COMMUNITY BANK NA »» 003 | Unsecured Creditors | $15,748.44 | $0.00 | $15,748.44 |
| 4 | ONE MAIN FINANCIAL »» 004 | Unsecured Creditors | $5,174.35 | $0.00 | $5,174.35 |
| 5 | MERRICK BANK »» 005 | Unsecured Creditors | $1,434.16 | $0.00 | $1,434.16 |
| 6 | BECKET & LEE, LLP »» 006 | Unsecured Creditors | $2,008.63 | $0.00 | $2,008.63 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $835.96 | $0.00 | $835.96 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $536.20 | $0.00 | $536.20 |
| 9 | STONEBERRY »» 009 | Unsecured Creditors | $691.20 | $0.00 | $691.20 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $977.41 | $0.00 | $977.41 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $832.00 | $0.00 | $832.00 |
| 12 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $1,365.52 | $0.00 | $1,365.52 |
| 13 | QUANTUM3 GROUP LLC as agent for »» 013 | Secured Creditors | $3,672.30 | $1,408.00 | $2,264.30 |

**Chapter 13 Case No. 19-12122-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | MARINER FINANCE, LLC<br>»» 014 | Unsecured Creditors | $5,529.47 | $0.00 | $5,529.47 |
| 15 | BANK OF AMERICA<br>»» 015 | Unsecured Creditors | $12,219.17 | $0.00 | $12,219.17 |
| 16 | FREEDOM MORTGAGE CORPORATION<br>»» 016 | Mortgage Arrears | $50,563.09 | $19,386.19 | $31,176.90 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $1,301.12 | $0.00 | $1,301.12 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,095.89 | $0.00 | $1,095.89 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $771.05 | $0.00 | $771.05 |
| 20 | ORION FIRST FINANCIAL<br>»» 020 | Unsecured Creditors | $13,966.70 | $0.00 | $13,966.70 |
| 21 | ALLY FINANCIAL<br>»» 021 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | OFFICE OF UC BENEFITS POLICY-UC DIVISION<br>»» 022 | Secured Creditors | $16,331.31 | $6,261.48 | $10,069.83 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,402.00 | Current Monthly Payment: | $1,400.00 |
| Paid to Claims: | $29,195.92 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,946.08 | Total Plan Base: | $81,002.00 |
| Funds on Hand: | $1,260.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.