| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-12122-PMM

DENNIS DALE  CAMPBELL
JESSICA  RAE  CAMPBELL
2446 EAST MILLHEIM ROAD
BATH  PA   18014

Petition Filed Date: 04/02/2019
341 Hearing Date: 05/07/2019
Confirmation Date: 01/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $1,400.00 | | 05/10/2021 | $1,400.00 | | 06/08/2021 | $1,400.00 | |
| 07/09/2021 | $1,400.00 | | 08/09/2021 | $1,400.00 | | 09/10/2021 | $1,400.00 | |
| 10/08/2021 | $1,400.00 | | 11/08/2021 | $1,400.00 | | 12/09/2021 | $1,400.00 | |
| 01/10/2022 | $1,400.00 | | 02/08/2022 | $1,400.00 | | 03/08/2022 | $1,400.00 | |
| 04/08/2022 | $1,400.00 | | 05/09/2022 | $1,400.00 | | 06/08/2022 | $1,400.00 | |
| 07/12/2022 | $1,400.00 | | | | | | | |

**Total Receipts for the Period: $22,400.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $51,602.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,140.25 | $2,140.25 | $0.00 |
| 1 | ESSA BANK & TRUST<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $593.26 | $0.00 | $593.26 |
| 3 | COMMUNITY BANK NA<br>»» 003 | Unsecured Creditors | $15,748.44 | $0.00 | $15,748.44 |
| 4 | ONE MAIN FINANCIAL<br>»» 004 | Unsecured Creditors | $5,174.35 | $0.00 | $5,174.35 |
| 5 | MERRICK BANK<br>»» 005 | Unsecured Creditors | $1,434.16 | $0.00 | $1,434.16 |
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $2,008.63 | $0.00 | $2,008.63 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $835.96 | $0.00 | $835.96 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $536.20 | $0.00 | $536.20 |
| 9 | STONEBERRY<br>»» 009 | Unsecured Creditors | $691.20 | $0.00 | $691.20 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $977.41 | $0.00 | $977.41 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $832.00 | $0.00 | $832.00 |
| 12 | CHASE BANK USA NA<br>»» 012 | Unsecured Creditors | $1,365.52 | $0.00 | $1,365.52 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Secured Creditors | $3,672.30 | $2,340.58 | $1,331.72 |

**Chapter 13 Case No. 19-12122-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | MARINER FINANCE, LLC<br>»» 014 | Unsecured Creditors | $5,529.47 | $0.00 | $5,529.47 |
| 15 | BANK OF AMERICA<br>»» 015 | Unsecured Creditors | $12,219.17 | $0.00 | $12,219.17 |
| 16 | FREEDOM MORTGAGE CORPORATION<br>»» 016 | Mortgage Arrears | $50,563.09 | $32,226.41 | $18,336.68 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $1,301.12 | $0.00 | $1,301.12 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,095.89 | $0.00 | $1,095.89 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $771.05 | $0.00 | $771.05 |
| 20 | ORION FIRST FINANCIAL<br>»» 020 | Unsecured Creditors | $13,966.70 | $0.00 | $13,966.70 |
| 21 | ALLY FINANCIAL<br>»» 021 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | OFFICE OF UC BENEFITS POLICY-UC DIVISION<br>»» 022 | Secured Creditors | $16,331.31 | $10,408.72 | $5,922.59 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $51,602.00 | Current Monthly Payment: | $1,400.00 |
| Paid to Claims: | $47,115.96 | Arrearages: | $1,400.00 |
| Paid to Trustee: | $4,486.04 | Total Plan Base: | $81,002.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.