| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-12122-PMM**

DENNIS DALE  CAMPBELL  
JESSICA  RAE  CAMPBELL  
2446 EAST MILLHEIM ROAD  
BATH  PA   18014

Petition Filed Date: 04/02/2019  
341 Hearing Date: 05/07/2019  
Confirmation Date: 01/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $1,400.00 | | 09/09/2022 | $1,400.00 | | 10/11/2022 | $1,400.00 | |
| 11/08/2022 | $1,400.00 | | 12/08/2022 | $1,400.00 | | 01/11/2023 | $1,400.00 | |
| 02/08/2023 | $1,400.00 | | 03/08/2023 | $1,400.00 | | 04/10/2023 | $1,400.00 | |
| 05/08/2023 | $1,400.00 | | 06/08/2023 | $1,400.00 | | 07/11/2023 | $1,400.00 | |

**Total Receipts for the Period: $16,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $69,802.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,140.25 | $2,140.25 | $0.00 |
| 1 | ESSA BANK & TRUST<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $593.26 | $0.00 | $593.26 |
| 3 | COMMUNITY BANK NA<br>»» 003 | Unsecured Creditors | $15,748.44 | $0.00 | $15,748.44 |
| 4 | ONE MAIN FINANCIAL<br>»» 004 | Unsecured Creditors | $5,174.35 | $0.00 | $5,174.35 |
| 5 | MERRICK BANK<br>»» 005 | Unsecured Creditors | $1,434.16 | $0.00 | $1,434.16 |
| 6 | CAPITAL ONE NA<br>»» 006 | Unsecured Creditors | $2,008.63 | $0.00 | $2,008.63 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $835.96 | $0.00 | $835.96 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $536.20 | $0.00 | $536.20 |
| 9 | STONEBERRY<br>»» 009 | Unsecured Creditors | $691.20 | $0.00 | $691.20 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $977.41 | $0.00 | $977.41 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $832.00 | $0.00 | $832.00 |
| 12 | CHASE BANK USA NA<br>»» 012 | Unsecured Creditors | $1,365.52 | $0.00 | $1,365.52 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Secured Creditors | $3,672.30 | $3,142.00 | $530.30 |
| 14 | MARINER FINANCE, LLC<br>»» 014 | Unsecured Creditors | $5,529.47 | $0.00 | $5,529.47 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | BANK OF AMERICA »» 015 | Unsecured Creditors | $12,219.17 | $0.00 | $12,219.17 |
| 16 | FREEDOM MORTGAGE CORPORATION »» 016 | Mortgage Arrears | $50,563.09 | $43,260.97 | $7,302.12 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $1,301.12 | $0.00 | $1,301.12 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $1,095.89 | $0.00 | $1,095.89 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $771.05 | $0.00 | $771.05 |
| 20 | ORION FIRST FINANCIAL »» 020 | Unsecured Creditors | $13,966.70 | $0.00 | $13,966.70 |
| 21 | ALLY FINANCIAL »» 021 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | OFFICE OF UC BENEFITS POLICY-UC DIVISION »» 022 | Secured Creditors | $16,331.31 | $13,972.80 | $2,358.51 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,802.00 | Current Monthly Payment: | $1,400.00 |
| Paid to Claims: | $62,516.02 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,011.98 | Total Plan Base: | $81,002.00 |
| Funds on Hand: | $1,274.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.