United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dennis Dale Campbell  
Jessica Rae Campbell  
    Debtors

Case No. 19-12122-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4  
Date Rcvd: Apr 24, 2024     Form ID: 138OBJ     Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Dale Campbell, Jessica Rae Campbell, 2446 East Millheim Road, Bath, PA 18014-9770 |
| 14300575 | + | Abraham R. Atiyeh, C/O Mickey Keith Thompson, Esq., 1177 N. Sixth Street, Whitehall, PA 18052-5212 |
| 14569500 | + | Ally Bank, CO Regina Cohen, Esquire, 190 N Independence Mall West, Ste 500, 6th and Race Streets, Philadelphia, PA 19106-1557 |
| 14300578 | + | Capital Alliance Partners LLC, Thomas E. Reilly, P.C., 2200 Georgetown Drive, Suite 403, Sewickly PA 15143-8797 |
| 14340781 | + | Capital Alliance Partners LLC, 1950 E. 17th Street, 3rd Floor, Santa Ana, CA 92705-6852 |
| 14300583 | + | Community Bank NA, Attn: Bankruptcy Dept, 45 - 49 Court Street, Canton, NY 13617-1179 |
| 14312151 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14300586 | + | David M. Backenstoe, Esq., 148 Main Street, Hellertown, PA 18055-1716 |
| 14300588 | + | ESSA Bank & Trust, 200 Palmer St, Stroudsburg, PA 18360-1645 |
| 14307486 | + | ESSA Bank and Trust c/o Newman Williams Law Office, PO Box 511, 712 Monroe Street, Stroudsburg, PA 18360-2131 |
| 14558033 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14300592 | + | Gross McGinley, LLP, Thomas E. Reilly, Esq., 33 S 7th Street, Allentown, PA 18101-2418 |
| 14300593 | + | Hayt, Hayt & Landua, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14300594 | | Hughes Credit Department, PO 3475, Toledo, OH 43607-0475 |
| 14455353 | + | Jon and Debbie Kleckner, 5828 Shows Road, Bethlehem, PA 18017-9351 |
| 14300597 | | KCC Services LLC, PO Box 707, Richland, PA 17087-0707 |
| 14300599 | + | Mark 1 Restoration Services, Inc., 4251 Chestnut Street, Emmaus, PA 18049-1011 |
| 14300602 | | Michael Twiford, 3 Heather Mill Road, Port Murray, NJ 07865 |
| 14367117 | + | Moore Township, c/o Jack M. Seitz, Esquire, Lesavoy Butz & Seitz LLC, 1620 Pond Road, Suite 200, Allentown, PA 18104-2255 |
| 14300607 | | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14300609 | + | RC Kelly Law Associates, LLC, Richard C. Kelly, Esq., 623 N. Broad Street, Lansdale, PA 19446-2316 |
| 14300610 | + | Regency Cons Discount Co., 1830 Stefko Blvd, Bethlehem, PA 18017-6235 |
| 14300611 | + | Sheils Law Associates, PC, Robert P. Sheils, III, Esq., 108 North Abington Road, Clarks Summit, PA 18411-2505 |
| 14300612 | + | St. Luke's Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |
| 14301181 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14300616 | + | The Sullivan Kline Group, 8 The Green Suite 8241, Dover, DE 19901-3618 |
| 14307485 | + | Vincent Rubino, PO Box 511, 712 Monroe Street, Stroudsburg, PA 18360-2131 |
| 14300618 | + | Wells Fargo Financial, N.A., Attn: Bankruptcy Dept., P.O. Box 10475, Des Moines, IA 50306-0475 |
| 14300619 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 24 2024 23:47:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2024 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14340616 | | Email/Text: ally@ebn.phinsolutions.com | Apr 24 2024 23:47:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14300576 | + | Email/Text: ally@ebn.phinsolutions.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 24 2024 23:47:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 14300577 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 24 2024 23:47:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14333007 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 24 2024 23:47:00 | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 14300579 | | Email/Text: cms-bk@cms-collect.com | Apr 24 2024 23:47:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14300580 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2024 23:51:33 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14307869 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2024 23:51:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14317818 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 00:05:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14325141 | + | Email/Text: RASEBN@raslg.com | Apr 24 2024 23:47:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14300582 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 24 2024 23:47:00 | Commonwealth of Pennsylvania, Department of Labor and Industry, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14300583 | + | Email/Text: CantonRecoveryGroup@cbna.com | Apr 24 2024 23:47:00 | Community Bank NA, Attn: Bankruptcy Dept, 45 - 49 Court Street, Canton, NY 13617-1179 |
| 14312151 | + | Email/Text: CantonRecoveryGroup@cbna.com | Apr 24 2024 23:47:00 | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14300584 | + | Email/Text: bankruptcy@connexuscu.org | Apr 24 2024 23:47:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 14300585 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 24 2024 23:47:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14300587 | + | Email/Text: bknotice@ercbpo.com | Apr 24 2024 23:47:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14300589 | | Email/Text: bknotices@fbcs-inc.com | Apr 24 2024 23:47:00 | FBCS Inc., 330 S. Warminster Rd. Ste. 353, Hatboro, PA 19040 |
| 14308043 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 24 2024 23:47:00 | FREEDOM MORTGAGE CORPORATION, Attention: Bankruptcy Department, 10500 Kincaid Drive, Fishers IN 46037-9764 |
| 14300590 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 24 2024 23:51:20 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14300591 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 24 2024 23:47:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14300595 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 24 2024 23:47:00 | I C System Inc, Attn: Bankruptcy, PO Box 64378, St Paul, MN 55164-0378 |
| 14323308 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2024 23:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14300581 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2024 23:51:06 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14300596 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2024 23:47:00 | Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud, MN 56302 |
| 14300598 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 24 2024 23:47:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 14300600 | | Email/Text: bknotices@mbandw.com | Apr 24 2024 23:47:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Cleveland, OH 44146 |
| 14313539 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 19-12122-pmm   Doc 105   Filed 04/26/24   Entered 04/27/24 00:32:52   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 24 2024 23:51:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14300604 | ^ | MEBN | Apr 24 2024 23:45:58 | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 14300601 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2024 23:51:06 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14300603 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2024 23:47:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14300605 | + | Email/Text: ngisupport@radiusgs.com | Apr 24 2024 23:47:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14313423 | + | Email/PDF: cbp@omf.com | Apr 24 2024 23:51:20 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14300606 | + | Email/PDF: cbp@omf.com | Apr 24 2024 23:51:36 | OneMain Financial, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14340417 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2024 23:51:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14300608 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2024 23:51:36 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14321764 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2024 23:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14327621 | | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2024 23:47:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14332669 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 24 2024 23:47:00 | REGENCY FINANCE COMPANY, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 14300613 | | Email/Text: dona@cca-str.com | Apr 24 2024 23:47:00 | Statewide Tax Recovery, PO Box 752, Sunbury, PA 17801-0752 |
| 14323211 | + | Email/Text: bankruptcy@sccompanies.com | Apr 24 2024 23:47:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14300614 | | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 24 2024 23:47:00 | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14300615 | | Email/Text: bankruptcy@td.com | Apr 24 2024 23:47:00 | TD Bank, N.A., 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 14300617 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 24 2024 23:47:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2024                  Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:**

**Name**          **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

JACK M. SEITZ
     on behalf of Creditor Moore Township jseitz@lesavoybutz.com sblake@lesavoybutz.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

REGINA COHEN
     on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

ROLANDO RAMOS-CARDONA
     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

SHERRI J. SMITH
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION ssmith@pincuslaw.com amautz@pincuslaw.com

Scott F Waterman
     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

THOMAS SONG
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
     on behalf of Debtor Dennis Dale Campbell zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
     on behalf of Joint Debtor Jessica Rae Campbell zzawarski@zawarskilaw.com

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dennis Dale Campbell and Jessica Rae Campbell

        Debtor(s)                          Case No: 19−12122−pmm

                                                     Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/24/24

103 − 102
Form 138OBJ