United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 19-12122-pmm
Dennis Dale Campbell                                                                 Chapter 13
Jessica Rae Campbell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: admin            Page 1 of 2
Date Rcvd: Jul 17, 2024        Form ID: 195           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Dennis Dale Campbell, Jessica Rae Campbell, 2446 East Millheim Road, Bath, PA 18014-9770 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

**Name**                    **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

JACK M. SEITZ
    on behalf of Creditor Moore Township jseitz@lesavoybutz.com sblake@lesavoybutz.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHERRI J. SMITH
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION ssmith@pincuslaw.com amautz@pincuslaw.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 17, 2024 | Form ID: 195 | Total Noticed: 1 |

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

THOMAS SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Joint Debtor Jessica Rae Campbell zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
    on behalf of Debtor Dennis Dale Campbell zzawarski@zawarskilaw.com

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Dennis Dale Campbell and Jessica Rae Campbell  : Case No. 19−12122−pmm

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , July 17, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

113
Form 195