# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dennis Dale Campbell<br>Jessica Rae Campbell fka Jessica Rae Shade<br>                      Debtor(s)<br><br>**FREEDOM MORTGAGE CORPORATION**<br>                      Movant<br>vs.<br>**Dennis Dale Campbell**<br>**Jessica Rae Campbell fka Jessica Rae Shade**<br>                      Debtor(s)<br><br>**Scott F. Waterman**,<br>                      Trustee | BK NO. 19-12122 PMM<br><br>Chapter 13<br><br>Related to Claim No. 16 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 29, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Dennis Dale Campbell
2446 East Millheim Road
Bath, PA 19014

Jessica Rae Campbell fka Jessica Rae Shade
2446 East Millheim Road
Bath, PA 19014

Attorney for Debtor(s)
Zachary Zawarski, The Law Office of Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: October 29, 2021

                                              **/s/Denise Carlon Esquire**
                                              Denise Carlon Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              201-549-2363
                                              dcarlon@kmllawgroup.com