| **Fill in this information to identify the** Fill in this information to identify the case: |
|---|
| Debtor 1    Dennis Dale Campbell |
| Debtor 2    Jessica Rae Campbell fka Jessica Rae Shade |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    19-12122 PMM |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no**. (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 0559

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2023

**New total payment:** $1764.47
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $715.66        New escrow payment: $725.60

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)
       Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

| Debtor(s) | <u>Dennis Dale Campbell, Jessica Rae Campbell</u> | | | Case number (*if known*) <u>19-12122 PMM</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*
   Signature

Print: Michael Farrington
09 Nov 2023, 10:52:32, EST

Date  11/09/2023

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>      <u>Market Street, Suite 5000</u>
         Number        Street
         Philadelphia,                    PA     19106
         City                             State  ZIP Code

Contact phone  (215) 627–1322      Email <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

Document ID: 0867db9483f73984c2d11d6b1340caf67298f0d8a715a84e6a0d825d1b2565c7